IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| J.K., a minor, by and through his mother Lakeisha Hamilton, and J.J. AND K.M., by and through their mother Tauretta McCray, <br><br>    Plaintiffs, <br><br> v. <br><br> EFFINGHAM COUNTY SCHOOL DISTRICT; BOARD MEMBER F. LAMAR ALLEN, officially; BOARD MEMBER VICKIE DECKER, officially; BOARD MEMBER JAN LANDING, officially; BOARD MEMBER LYNN ANDERSON, officially; BOARD MEMBER BEN JOHNSON, officially; and DR. YANCY FORD, officially; <br><br>    Defendants. | CASE NO. CV423-005 |

## O R D E R

Before the Court is Plaintiffs' Complaint, brought by Lakeisha Hamilton, on behalf of her minor son J.K, and Tauretta McCray, on behalf of her minor children J.J. and K.M.[1] (Doc. 1.) It does not appear that Hamilton or McCray have asserted any of their own claims. Hamilton and McCray are proceeding pro se, and no attorney has made an appearance for the children. The Court

---

[1] Lakeisha Hamilton is the only person who has signed the complaint. (Doc. 1 at 12.) Thus, Hamilton has effectively filed this complaint not only on behalf of her minor child, but also Tauretta McCray's minor children.

must address Hamilton and McCray's pursuit of claims on behalf of their minor children without legal representation before taking any action in this case.

"[A] non-attorney pro se litigant cannot bring any action on behalf of his or her child." Dingler v. Georgia, 725 F. App'x 923, 926 (11th Cir. 2018) (per curiam) (citing Devine v. Indian River Cnty. Sch. Bd., 121 F.3d 576, 582 (11th Cir. 1997), overruled in part on other grounds by Winkelman ex rel. Winkelman v. Parma City Sch. Dist., 550 U.S. 516, 535, 127 S. Ct. 1994, 2006-07, 167 L. Ed. 2d 904 (2007)). The purpose of this rule is to protect the child's interest in the claim; the concern is that a parent, however well-intentioned, untrained in the law will not be able to adequately prosecute the case. See Devine, 121 F.3d at 582 (noting that general prohibition on parental representation "helps to ensure that children rightfully entitled to legal relief are not deprived of their day in court by unskilled, if caring, parents."). As such, Hamilton and McCray cannot proceed pro se on behalf of their minor children or otherwise act as their legal

representatives. Accordingly, Hamilton and McCray are **DIRECTED** to retain counsel to represent the interests of their minor children within **14 days** of the date of this order. Otherwise, Hamilton and McCray are advised that the failure to comply with the Court's order will result in the case being dismissed.

SO ORDERED this 12th day of January 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA