# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

| John E. Triplett | OFFICE of the CLERK | (912)650-4020 |
|---|---|---|
| Clerk of Court | P.O. Box 8286 | |
| | SAVANNAH, GEORGIA  31412 | |

## NOTICE of FILING DEFICIENCY

To: L. Nicole Hamilton                          Date: 1/17/2023
Case: 4:23-CV-5                                 Party: Plaintiffs

Your pleading, **#6 and #7 Amended Complaints**,

was filed on **01/17/23**, but remains deficient in the area(s) checked below:

[ ] No actions required (Informative Only)      or      [x] **Corrective Actions Required**

1. ☐ Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)
2. ☐ Pleading is illegible or otherwise not in compliance with Local Rule 10.1.
3. ☐ Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
4. ☒ **Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)**
5. ☐ Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.
6. ☐ Motion is not in compliance with Local Rules.
   a. ☐ No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
   b. ☐ No good faith document was submitted. (L.R. 26.5)
   c. ☐ Separate proposed order was not attached to e-filed document. (L.R. 7.1)
   d. ☐ Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)
7. ☐ For Judge Baker or Wood cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.
8. ☐ Counsel should file a separate motion for each relief sought and not file a consolidated motion.
9. ☒ **Other:**
    Case number is missing from the pleading.

After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: Tara H. Burton
                                         Deputy Clerk