# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| J.K., a minor, by and through his mother LaKeisha Hamilton, and J.J. and K.M., minors, by and through their mother Tauretta McCray, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV423-005 |
| EFFINGHAM COUNTY SCHOOL DISTRICT, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs LaKeisha Hamilton, on behalf of her minor son J.K., and Tauretta McCray, on behalf of her minor children J.J. and K.M., initially filed what appeared to be a *pro se* Complaint against the Effingham County School District and its board members and superintendent. *See generally* doc. 1. The Court instructed Hamilton and McCray that they could not proceed *pro se* on behalf of their minor children and directed them to retain counsel. *See* doc. 5. Hamilton then filed two First Amended Complaints identifying herself as an attorney. *See* doc. 6 at 17; doc. 7 at 17. The Clerk issued a Notice of Filing Deficiency for the two

1

Amended Complaints since they were not signed and did not include the case number. *See* doc. 8. Those deficiencies have not been corrected. *See generally* docket. Subsequently, three attorneys entered appearances on behalf of the Plaintiffs. *See* docs. 9, 10, 14, and 16.

Plaintiffs, through counsel, seek "leave to withdraw Plaintiffs' Amended Complaints . . . which have not yet been accepted for filing and which have not yet been served on Defendants." Doc. 12 at 1. The motion does not cite any authority in support of the request. *See generally* doc. 12; *see also* S.D. Ga. L. Civ. R. 7.1(b) ("[E]very motion filed in civil proceedings shall cite to supporting legal authorities."). It is not clear what, exactly, Plaintiffs wish to accomplish. The Court might construe it as a motion for leave to amend, pursuant to Federal Rule of Civil Procedure 15(a)(2), since any amended pleading would supersede the prior pleadings. *See Pintando v. Miami-Dade Hous. Agency*, 501 F.3d 1241, 1243 (11th Cir. 2007). However, the motion neither sets forth the substance of a proposed amended pleading nor attaches a copy of a proposed amended pleading. *See Long v. Satz*, 181 F.3d 1275, 1279 (11th Cir. 1999). The Court also might construe it as a request to seal the Amended Complaints, *i.e.*, remove them from the public docket, but the

motion does not come close to showing the good cause necessary to justify such a request. *See, e.g.*, *Callahan v. United Network for Organ Sharing*, 17 F.4th 1356, 1363 (11th Cir. 2021) (discussing the presumptive right of public access for judicial records).

Because Plaintiffs' motion is not sufficiently clear, and because it does not cite to any authority in support of its ambiguous request, it is **DENIED**. Doc. 12. Plaintiffs remain free to file a properly supported motion.

**SO ORDERED**, this 31st day of January, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA