# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| J.K., a minor, by and through his mother LaKeisha Hamilton; and J.J. and K.M. by and through their mother, Tauretta McCray,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>EFFINGHAM COUNTY SCHOOL DISTRICT;<br>BOARD MEMBER F. LAMAR ALLEN, in his official capacity;<br>BOARD MEMBER VICKIE DECKER, in her official capacity;<br>BOARD MEMBER JAN LANDING, in her official capacity;<br>BOARD MEMBER LYNN ANDERSON, in her official capacity;<br>BOARD MEMBER BEN JOHNSON, in his official capacity;<br>DR. YANCY FORD, in his official capacity,<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO.<br>4:23-CV-005-WTM-CLR |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs recently retained undersigned counsel, who are evaluating the extensive facts and harms at issue and assessing the full scope of potential parties involved. After their preliminary investigation, undersigned counsel expect to file a new and more comprehensive complaint, in accordance with the Federal Rules of Civil Procedure and Local Rules of this Court.

In light of these developments, pursuant to Federal Rule of Civil Procedure 41a)(1)(A)(i), Plaintiffs J.K., J.J. and K.M. voluntarily dismiss this action without prejudice. Dismissal is proper under Rule 41(a)(1)(A)(i) because Defendants have neither served an answer nor a motion for summary judgment.

Respectfully submitted this 14th day of February, 2023.

*/s/ Nneka Ewulonu*
Nneka Ewulonu
Staff Attorney
Georgia Bar No. 373718
Cory Isaacson
Legal Director
Georgia Bar No. 983797
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF GEORGIA
P.O. Box 570738
Atlanta, GA 30357
Telephone: 404-594-2723
Facsimile: 770-303-0060
CIsaacson@acluga.org
Newulonu@acluga.org


*/s/ Frederick J. King*
Frederick J. King
Georgia Bar No. 110969
TROUTMAN PEPPER HAMILTON
SANDERS LLP
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216
Telephone: 404.885.3000
Facsimile: 404.885.3900
Frederick.king@troutman.com


*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served Defendants via email in accordance with LR 5.1 of the Southern District of Georgia.

This 14th day of February, 2023.

*/s/ Nneka Ewulonu*
Nneka Ewulonu
Georgia Bar No. 373718